# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 09-340 JMR/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| Shannon Lee Angline, | |
| Defendant. | |

  Clifford B. Wardlaw, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

  Reynaldo A. Aligada, Jr., Esq., Assistant Federal Defender, for defendant Shannon Lee Angline.

  Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 14, 2009, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Shannon Lee Angline's Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure is **denied**. [Docket No. 15].

Dated: January 5, 2010

                s/James M. Rosenbaum
                James M. Rosenbaum
                United States District Court Judge